# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YUNIOR ALEXANDER GUTIERREZ NAVARRO,, <br><br> Petitioner, <br><br> v. <br><br> KRISTI LYNN ARNOLD NOEM, et al., <br><br> Respondents. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. 2:26-cv-00334 |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiff's habeas corpus petition under 28 U.S.C. § 2241 is GRANTED in part.

Dated February 20, 2026.

Joshua C. Lewis
Clerk of Court

s/Gayle Riekena
Deputy Clerk